UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>                         Plaintiffs,<br><br>   -against-<br><br>CITY OF NEW YORK; and EDWARD A. CABAN, in his official capacity as Commissioner of the New York City Police Department,<br><br>                         Defendants. | No. 21-cv-8208 (ER)<br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that Plaintiffs NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC. hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Doc. No. 57) and Judgment (Doc. No. 58) denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment, entered in this action on the 24th day of March, 2025. The appeal is from each and every aspect of that order and judgment.

Dated:  New York, New York
           April 8, 2025

                                      DAVID JENSEN PLLC

                                      By: _____
                                           David D. Jensen, Esq.
                                           33 Henry Street
                                           Beacon, New York 12508
                                           david@djensenpllc.com

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:21−cv−08208−ER

Calce et al v. City Of New York et al
Assigned to: Judge Edgardo Ramos
Cause: 42:1983 Civil Rights Act

Date Filed: 10/05/2021
Date Terminated: 03/24/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Nunzio Calce**     represented by **David Douglas Jensen**
David Jensen PLLC
111 John Street Suite 420
New York, NY 10038
(212)−380−6615
Fax: (917)−591−1318
Email: david@djensenpllc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaya Greenfield**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Pezzoli**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Firearms Policy Coalition, Inc.**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Chan**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Kennedy**     represented by **David Douglas Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City Of New York**     represented by **Samantha Michelle Schonfeld**
New York City Law Department
100 Church Street
New York, NY 10007

|  |  |
|---|---|
|  | (908)–812–3341<br>Email: sschonfe@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Thomas John Rizzuti**<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>212–356–2325<br>Email: trizzuti@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Dermot Shea**<br>*in his official capacity as Commissioner*<br>*of the New York City Police Department* | represented by | **Samantha Michelle Schonfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas John Rizzuti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2021 | 1 | COMPLAINT against City Of New York, Dermot Shea. (Filing Fee $ 402.00, Receipt Number ANYSDC–25152304)Document filed by Second Amendment Foundation, Nunzio Calce, Raymond Pezzoli, Shaya Greenfield, Firearms Policy Coalition, Inc...(Jensen, David) (Entered: 10/05/2021) |
| 10/05/2021 | 2 | CIVIL COVER SHEET filed..(Jensen, David) (Entered: 10/05/2021) |
| 10/06/2021 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney David Douglas Jensen. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to Bronx;. (jgo)** (Entered: 10/06/2021) |
| 10/06/2021 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney David Douglas Jensen. The party information for the following party/parties has been modified: Dermot Shea. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 10/06/2021) |
| 10/06/2021 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 10/06/2021) |
| 10/06/2021 |  | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 10/06/2021) |
| 10/06/2021 |  | Case Designated ECF. (jgo) (Entered: 10/06/2021) |

| Date | # | Description |
|---|---|---|
| 10/06/2021 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Second Amendment Foundation..(Jensen, David) (Entered: 10/06/2021) |
| 10/06/2021 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Firearms Policy Coalition, Inc...(Jensen, David) (Entered: 10/06/2021) |
| 12/22/2021 | 5 | AMENDED COMPLAINT amending 1 Complaint, against City Of New York, Dermot Shea.Document filed by Raymond Pezzoli, Shaya Greenfield, Nunzio Calce, Second Amendment Foundation, Firearms Policy Coalition, Inc., Allen Chan, Amanda Kennedy. Related document: 1 Complaint,..(Jensen, David) (Entered: 12/22/2021) |
| 01/28/2022 | 6 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Keechant Sewell (as official capacity successor to Dermot Shea), re: 5 Amended Complaint,. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) Modified on 1/31/2022 (pc). (Entered: 01/28/2022) |
| 01/28/2022 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to City of New York, re: 5 Amended Complaint,. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 01/28/2022) |
| 01/31/2022 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney David Douglas Jensen to RE–FILE Document No. 6 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Only parties listed on the Amended Complaint caption title can be issued a summons;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc)** (Entered: 01/31/2022) |
| 01/31/2022 | 8 | ELECTRONIC SUMMONS ISSUED as to City Of New York..(pc) (Entered: 01/31/2022) |
| 01/31/2022 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Dermot Shea, re: 5 Amended Complaint,. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 01/31/2022) |
| 02/01/2022 | 10 | ELECTRONIC SUMMONS ISSUED as to Dermot Shea..(sj) (Entered: 02/01/2022) |
| 02/28/2022 | 11 | AFFIDAVIT OF SERVICE. City Of New York served on 2/15/2022, answer due 3/8/2022. Service was accepted by Ariton Marke, General Agent. Document filed by Amanda Kennedy; Allen Chan; Raymond Pezzoli; Shaya Greenfield; Nunzio Calce; Second Amendment Foundation; Firearms Policy Coalition, Inc...(Jensen, David) (Entered: 02/28/2022) |
| 02/28/2022 | 12 | AFFIDAVIT OF SERVICE. Dermot Shea served on 2/15/2022, answer due 3/8/2022. Service was accepted by Bono Giorgia, Co–worker. Document filed by Amanda Kennedy; Allen Chan; Raymond Pezzoli; Shaya Greenfield; Nunzio Calce; Second Amendment Foundation; Firearms Policy Coalition, Inc...(Jensen, David) (Entered: 02/28/2022) |
| 03/07/2022 | 13 | LETTER MOTION for Extension of Time *to Answer or Otherwise Respond to the Complaint* addressed to Judge Edgardo Ramos from Samantha Schonfeld dated March 7, 2022. Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 03/07/2022) |
| 03/07/2022 | 14 | ORDER: granting 13 Letter Motion for Extension of Time. The Application is Granted. (Signed by Judge Edgardo Ramos on 3/07/2022) (ama) (Entered: 03/07/2022) |
| 03/07/2022 | | Set/Reset Deadlines: City Of New York answer due 4/22/2022; Dermot Shea answer due 4/22/2022. (ama) (Entered: 03/07/2022) |

| | | |
|---|---|---|
| 04/22/2022 | 15 | ANSWER to 5 Amended Complaint,. Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 04/22/2022) |
| 05/03/2022 | 16 | NOTICE OF APPEARANCE by Thomas John Rizzuti on behalf of City Of New York, Dermot Shea..(Rizzuti, Thomas) (Entered: 05/03/2022) |
| 06/30/2022 | 17 | NOTICE OF INITIAL COURT CONFERENCE: THIS MATTER HAS BEEN SCHEDULED FOR AN INITIAL CASE MANAGEMENT AND SCHEDULING CONFERENCE, pursuant to Fed. R. Civ. P. 16, on July 22, 2022 at 10:45 a.m. The conference will be held remotely by telephone. The parties are instructed to call the Court at (877) 411−9748 and use access code 3029857#. PLAINTIFF, OR COUNSEL FOR PLAINTIFF(S) SHALL NOTIFY ALL PARTIES IN WRITING AND PROVIDE ALL PARTIES WITH A COPY OF THIS NOTICE ANDTHE ATTACHED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER, UNLESS THE CASE HAS BEEN REMOVED FROM STATE COURT, IN WHICH EVENT COUNSEL FOR THE REMOVING DEFENDANT(S) SHALL PROVIDE SUCH NOTICE TO ALL PARTIES. Initial Conference set for 7/22/2022 at 10:45 AM before Judge Edgardo Ramos. (ama) (Entered: 07/01/2022) |
| 07/20/2022 | 18 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 07/20/2022) |
| 07/22/2022 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Initial Pretrial Conference held on 7/22/2022 by telephone. Plaintiffs' and Defendants' counsel present. Case management plan signed. A case management conference will be held on May 12, 2023 at 10:00 AM.(jar) Modified on 7/22/2022 (jar). (Entered: 07/22/2022) |
| 07/22/2022 | 19 | CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f): All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is not to be tried to a jury. Amended Pleadings due by 8/19/2022. Joinder of Parties due by 8/19/2022. Deposition due by 5/5/2023. All Discovery due by 5/12/2023. Non−Expert depositions shall be completed by January 6, 2023. The Magistrate Judge assigned to this case is the Hon. Sarah Netburn. The next Case Management Conference set for 5/12/2023 at 10:00 AM before Judge Edgardo Ramos. And as set forth herein. SO ORDERED. (Signed by Judge Edgardo Ramos on 7/22/2022) (ama) (Entered: 07/22/2022) |
| 02/28/2023 | 20 | NOTICE of Substitution of Attorney. Old Attorney: Thomas Rizzuti, New Attorney: Samantha Schonfeld, Address: NYC Law Department, 100 Church Street, New York, New York, USA 10007, 2123562183. Document filed by City Of New York, Dermot Shea..(Rizzuti, Thomas) (Entered: 02/28/2023) |
| 05/10/2023 | 21 | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge Edgardo Ramos from David Jensen dated 5/10/2023., LETTER MOTION for Extension of Time addressed to Judge Edgardo Ramos from David Jensen dated 5/10/2023. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 05/10/2023) |
| 05/11/2023 | 22 | ORDER granting 21 Letter Motion to Adjourn Conference; granting 21 Letter Motion for Extension of Time. The request is granted. All discovery shall be completed by May 26, 2023. The parties are directed to appear for a Case Management Conference on May 26, 2023, at 10:30 AM. SO ORDERED. (Case Management Conference set for 5/26/2023 at 10:30 AM before Judge Edgardo Ramos., Discovery due by 5/26/2023.) (Signed by Judge Edgardo Ramos on 5/11/2023) (rro) (Entered: 05/11/2023) |
| 05/23/2023 | | DOCKET ANNOTATION: The case management conference scheduled for May 26, 2023 at 10:30 a.m. will occur by telephone. The parties are instructed to call (877) 411−9748 and enter access code 3029857# when prompted.(jar) (Entered: 05/23/2023) |
| 05/26/2023 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Case Management Conference held on 5/26/2023 by telephone. Plaintiff's and Defendant's counsel present. All discovery, including expert discovery, shall be completed by October 12, |

| | | |
|---|---|---|
| | | 2023. A case management conference will be held on October 19, 2023 at 3:30 p.m. by telephone. The parties are instructed to call (877) 411–9748 and enter access code 3029857# when prompted. (jar) (Entered: 05/26/2023) |
| 10/13/2023 | | RESCHEDULING NOTICE: The case management conference previously scheduled for 3:30 p.m. on October 19, 2023 is hereby rescheduled for 2:00 p.m. on October 19. The parties are instructed to call (877) 411–9748 and enter access code 3029857# when prompted. (jar) (Entered: 10/13/2023) |
| 10/19/2023 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Case Management Conference held on 10/19/2023 by telephone. Plaintiff's and Defendant's counsel present. All discovery shall be completed by January 5, 2024. Summary judgment briefing schedule as follows: Calce's motion is due February 2, 2023; City's response and cross–motion are due March 1, 2024; Calce's response and reply are due March 29, 2023; and City's reply is due April 12, 2023. (jar) (Entered: 10/19/2023) |
| 02/01/2024 | 23 | JOINT LETTER MOTION for Extension of Time addressed to Judge Edgardo Ramos from David D. Jensen dated 1 February 2024. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 02/01/2024) |
| 02/02/2024 | 24 | ORDER: granting 23 Letter Motion for Extension of Time. The request is granted. The Court adopts the parties' new proposed briefing deadlines and fact discovery deadline outlined herein. SO ORDERED. Motions due by 3/1/2024. (Signed by Judge Edgardo Ramos on 2/02/2024) (ama) (Entered: 02/02/2024) |
| 02/02/2024 | | Set/Reset Deadlines: Cross Motions due by 3/29/2024. Fact Discovery due by 2/29/2024. Responses due by 4/26/2024 Replies due by 5/10/2024. (ama) (Entered: 02/02/2024) |
| 03/01/2024 | 25 | MOTION for Summary Judgment . Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION for Summary Judgment . . Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 27 | RULE 56.1 STATEMENT. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 28 | AFFIDAVIT of Nunzio Calce in Support re: 25 MOTION for Summary Judgment .. Document filed by Nunzio Calce..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 29 | AFFIDAVIT of Allen Chan in Support re: 25 MOTION for Summary Judgment .. Document filed by Allen Chan..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 30 | AFFIDAVIT of Shaya Greenfield in Support re: 25 MOTION for Summary Judgment .. Document filed by Shaya Greenfield..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 31 | AFFIDAVIT of Amanda Kennedy in Support re: 25 MOTION for Summary Judgment .. Document filed by Amanda Kennedy. (Attachments: # 1 Exhibit Criminal Court Appearance Ticket (redacted))..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 32 | AFFIDAVIT of Raymond Pezzoli in Support re: 25 MOTION for Summary Judgment .. Document filed by Raymond Pezzoli..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 33 | AFFIDAVIT of Adam Kraut in Support re: 25 MOTION for Summary Judgment .. Document filed by Second Amendment Foundation..(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 34 | AFFIDAVIT of Brandon Combs in Support re: 25 MOTION for Summary Judgment .. Document filed by Firearms Policy Coalition, Inc...(Jensen, David) (Entered: 03/01/2024) |
| 03/01/2024 | 35 | AFFIDAVIT of David D. Jensen, Esq. in Support re: 25 MOTION for Summary Judgment .. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, |

| | | |
|---|---|---|
| | | Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation. (Attachments: # 1 Exhibit 1 – 2023 OpenData Arrests, # 2 Exhibit 2 – 2022 OpenData Arrests, # 3 Exhibit 3 – 2021 OpenData Arrests, # 4 Exhibit 4 – Defendants' Responses to Plaintiffs' Interrogatories and Requests for Production, # 5 Exhibit 5 – NYPD Police Student Guide (selected), # 6 Exhibit 6 – Bill Jacket, 1976 NY Laws ch 217, # 7 Exhibit 7 – Bill Jacket, 1990 NY Laws ch 264, # 8 Exhibit 8 – NY Times, Defensive Use of Stun Guns Increases (1985)).(Jensen, David) (Entered: 03/01/2024) |
| 03/28/2024 | 36 | LETTER MOTION for Extension of Time *to file cross−motion for summary judgment* addressed to Judge Edgardo Ramos from Samantha Schonfeld dated March 28, 2024. Document filed by City Of New York..(Schonfeld, Samantha) (Entered: 03/28/2024) |
| 03/29/2024 | 37 | ORDER granting 36 Letter Motion for Extension of Time. The request is granted. The Court adopts the proposed briefing schedule outlined herein. SO ORDERED. (Signed by Judge Edgardo Ramos on 3/29/2024) (jca) (Entered: 03/29/2024) |
| 03/29/2024 | | Set/Reset Deadlines: Cross Motions due by 4/26/2024. Responses due by 5/24/2024 Replies due by 6/7/2024. (jca) (Entered: 03/29/2024) |
| 04/26/2024 | 38 | CROSS MOTION for Summary Judgment . Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 04/26/2024 | 39 | RULE 56.1 STATEMENT. Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 04/26/2024 | 40 | COUNTER STATEMENT TO 27 Rule 56.1 Statement. Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 04/26/2024 | 41 | DECLARATION of Artur Edward Sadowski in Support re: 38 CROSS MOTION for Summary Judgment .. Document filed by City Of New York, Dermot Shea. (Attachments: # 1 Exhibit NYPD Student Guide Excerpt).(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 04/26/2024 | 42 | DECLARATION of Samantha Schonfeld in Support re: 38 CROSS MOTION for Summary Judgment .. Document filed by City Of New York, Dermot Shea. (Attachments: # 1 Exhibit Amended Complaint, # 2 Exhibit Expert Report of Robert Spitzer, # 3 Exhibit Penal Law Section 265.01, # 4 Exhibit NYC Admin Code Section 10−135).(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 04/26/2024 | 43 | MEMORANDUM OF LAW in Support re: 38 CROSS MOTION for Summary Judgment . . Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 04/26/2024) |
| 05/22/2024 | 44 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 38 CROSS MOTION for Summary Judgment ., 25 MOTION for Summary Judgment . addressed to Judge Edgardo Ramos from David Jensen, esq. dated 22 May 2024. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 05/22/2024) |
| 05/23/2024 | 45 | CONSENT LETTER MOTION for Extension of Time *(corrected)* addressed to Judge Edgardo Ramos from David Jensen, esq. dated May 22, 2024. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 05/23/2024) |
| 05/23/2024 | 46 | ORDER granting 45 Letter Motion for Extension of Time; terminating 44 Letter Motion for Extension of Time to File Response/Reply. The request is granted. Plaintiffs' opposition and reply brief shall be due May 31, 2024. Defendants' reply brief shall be due June 14, 2024. The Clerk of Court is respectfully directed to terminate the motion, Docs. 44, 45. SO ORDERED. (Signed by Judge Edgardo Ramos on 5/23/2024) (vfr) (Entered: 05/23/2024) |
| 05/23/2024 | | Set/Reset Deadlines: Responses due by 5/31/2024 Replies due by 6/14/2024. (vfr) (Entered: 05/23/2024) |

| | | |
|---|---|---|
| 05/29/2024 | 47 | CONSENT LETTER MOTION for Extension of Time addressed to Judge Edgardo Ramos from David Jensen, esq. dated 29 May 2024. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 05/29/2024) |
| 05/30/2024 | 48 | ORDER granting 47 Letter Motion for Extension of TimeThe request is granted. Plaintiffs' opposition and reply brief shall be due June 6, 2024. Defendants' reply brief shall be due June 21, 2024. The Clerk of Court is respectfully directed to terminate the motion, Doc. 47. SO ORDERED. (Signed by Judge Edgardo Ramos on 5/30/2024) (jca) (Entered: 05/30/2024) |
| 05/30/2024 | | Set/Reset Deadlines: Responses due by 6/6/2024 Replies due by 6/21/2024. (jca) (Entered: 05/30/2024) |
| 06/06/2024 | 49 | MEMORANDUM OF LAW in Opposition re: 38 CROSS MOTION for Summary Judgment ., 25 MOTION for Summary Judgment . . Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 06/06/2024) |
| 06/06/2024 | 50 | COUNTER STATEMENT TO 39 Rule 56.1 Statement. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation..(Jensen, David) (Entered: 06/06/2024) |
| 06/12/2024 | 51 | NOTICE of of Constitutional Question mailed May 2, 2024. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation. (Attachments: # 1 Exhibit Attached Pleadings & Papers).(Jensen, David) (Entered: 06/12/2024) |
| 06/17/2024 | 52 | CONSENT LETTER MOTION for Extension of Time addressed to Judge Edgardo Ramos from Samantha Schonfeld dated June 17, 2024. Document filed by City Of New York..(Schonfeld, Samantha) (Entered: 06/17/2024) |
| 06/18/2024 | 53 | ORDER granting 52 Letter Motion for Extension of Time. The request is granted. The City may file a reply of up to fifteen pages by July 12, 2024. SO ORDERED. (Signed by Judge Edgardo Ramos on 6/17/2024) (jca) (Entered: 06/18/2024) |
| 06/18/2024 | | Set/Reset Deadlines: Replies due by 7/12/2024. (jca) (Entered: 06/18/2024) |
| 07/10/2024 | 54 | LETTER MOTION for Extension of Time *for Defendant to File Reply* addressed to Judge Edgardo Ramos from Samantha Schonfeld dated July 10, 2024. Document filed by City Of New York..(Schonfeld, Samantha) (Entered: 07/10/2024) |
| 07/10/2024 | 55 | ORDER granting 54 Letter Motion for Extension of Time. The request is granted. The City shall file its reply by July 26, 2024. SO ORDERED. (Signed by Judge Edgardo Ramos on 7/10/2024) (jca) (Entered: 07/10/2024) |
| 07/10/2024 | | Set/Reset Deadlines: Replies due by 7/26/2024. (jca) (Entered: 07/10/2024) |
| 07/26/2024 | 56 | REPLY MEMORANDUM OF LAW in Support re: 38 CROSS MOTION for Summary Judgment . . Document filed by City Of New York, Dermot Shea..(Schonfeld, Samantha) (Entered: 07/26/2024) |
| 03/24/2025 | 57 | OPINION & ORDER re: 38 CROSS MOTION for Summary Judgment . filed by City Of New York, Dermot Shea, 25 MOTION for Summary Judgment . filed by Amanda Kennedy, Raymond Pezzoli, Allen Chan, Nunzio Calce, Second Amendment Foundation, Firearms Policy Coalition, Inc., Shaya Greenfield. For the reasons set forth above, Plaintiffs' motion for summary judgment is DENIED, and Defendants' cross−motion for summary judgment is GRANTED. The Clerk of Court is respectfully directed to terminate the motions, Docs. 25 and 38, and close the case. It is SO ORDERED. (Signed by Judge Edgardo Ramos on 3/24/2025) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/24/2025) |
| 03/24/2025 | 58 | CLERK'S JUDGMENT re: 57 Memorandum & Opinion in favor of City Of New York, Dermot Shea against Firearms Policy Coalition, Inc., Second Amendment Foundation, Allen Chan, Amanda Kennedy, Nunzio Calce, Raymond Pezzoli, Shaya Greenfield. It is hereby ORDERED, ADJUDGED AND DECREED: That for the |

| | | |
|---|---|---|
| | | reasons stated in the Court's Opinion & Order dated March 24, 2025, Plaintiffs' motion for summary judgment is DENIED, and Defendants' cross−motion for summary judgment is GRANTED. Accordingly, the case is closed. (Signed by Judge Edgardo Ramos on 3/24/2025) (Attachments: # 1 Appeal Package) (tp) (Entered: 03/24/2025) |
| 04/08/2025 | 59 | NOTICE OF APPEAL from 57 Memorandum & Opinion,, 58 Clerk's Judgment,,. Document filed by Nunzio Calce, Allen Chan, Firearms Policy Coalition, Inc., Shaya Greenfield, Amanda Kennedy, Raymond Pezzoli, Second Amendment Foundation. Filing fee $ 605.00, receipt number ANYSDC−30901191. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Jensen, David) Modified on 4/9/2025 (km). (Entered: 04/08/2025) |
| 04/09/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 59 Notice of Appeal.(km) (Entered: 04/09/2025) |
| 04/09/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 59 Notice of Appeal, filed by Amanda Kennedy, Raymond Pezzoli, Allen Chan, Nunzio Calce, Second Amendment Foundation, Firearms Policy Coalition, Inc., Shaya Greenfield were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/09/2025) |