# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Calce, et al. v. City of New York, et al.  **Docket No.:** 25-861

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David H. Thompson

Firm: Cooper & Kirk, PLLC

Address: 1523 New Hampshire Ave., NW, Washington, DC 20036

Telephone: (202) 220-9600   Fax: (202) 220-9601

E-mail: dthompson@cooperkirk.com

Appearance for: Appellants Nunzio Calce, Shaya Greenfield, Raymond Pezzoli, Second Amendment Foundation, Firearms Policy Coalition, Inc., Allen Chan & Amanda Kennedy.
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: David D. Jensen/David Jensen PLLC )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/19/2024    OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/David H. Thompson

Type or Print Name: David H. Thompson