# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Calce, et al. v. City of New York, et al.    Docket No.: 25-861

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William V. Bergstrom

Firm: Cooper & Kirk, PLLC

Address: 1523 New Hampshire Ave., NW, Washington, DC 20036

Telephone: (202) 220-9600    Fax: (202) 220-9601

E-mail: wbergstrom@cooperkirk.com

Appearance for: Appellants Nunzio Calce, Shaya Greenfield, Raymond Pezzoli, Second Amendment Foundation, Firearms Policy Coalition, Inc., Allen Chan & Amanda Kennedy.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David H. Thompson/Cooper & Kirk, PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/William V. Bergstrom

Type or Print Name: William V. Bergstrom