NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Calce v. City of NY                     Docket No.: 25-861

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: MacKenzie Fillow

Firm: New York City Law Department

Address: 100 Church Street

Telephone: 212-356-4378                    Fax:

E-mail: mfillow@law.nyc.gov

Appearance for: City of New York, Jessica Tisch
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Murial Goode-Trufant )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 11, 2021                                    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/MacKenzie Fillow

Type or Print Name: MacKenzie Fillow