# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| David H. Thompson<br>(202) 220-9600<br>dthompson@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

May 7, 2025

**Via ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Nunzio Calce, et al. v. City of New York, et al.*, **No. 25-861**
             Briefing Schedule Request

Dear Ms. Wolfe:

In accordance with Local Rule 31.2(a)(1)(A), Nunzio Calce, Shaya Greenfield, Raymond Pezzoli, Second Amendment Foundation, Firearms Policy Coalition, Inc., Allen Chan, and Amanda Kennedy, collectively Plaintiffs-Appellants, request a deadline of July 18, 2025 for their opening brief. This date falls within the period prescribed by the rule.

                                        Respectfully submitted,

                                        /s/David H. Thompson
                                        David H. Thompson
                                        Peter A. Patterson
                                        William V. Bergstrom
                                        Cooper & Kirk, PLLC
                                        1523 New Hampshire Ave., NW
                                        Washington, DC 20036
                                        (202) 220-9600
                                        Fax: (202) 220-9601
                                        dthompson@cooperkirk.com
                                        ppatterson@cooperkirk.com
                                        wbergstrom@cooperkirk.com

                                        *Counsel for Plaintiffs-Appellants*