UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| CALCE *et al* ) | |
| ) | |
| Plaintiffs-Appellants ) | |
| v. ) | Case No. 25-861 |
| ) | |
| CITY OF NEW YORK *et al* ) | |
| ) | |
| Defendants-Appellees ) | |
| ) | |

**APPELLEE'S SCHEDULING REQUEST**

Pursuant to Rule 31.2, the appellees request a deadline of October 17, 2025, for their brief, which is 91 days from the date appellants filed their opening brief.

                                                Respectfully submitted,
                                                s/MacKenzie Fillow
                                                MacKenzie Fillow
                                                Assistant Corporation Counsel
                                                City of New York
                                                100 Church Street

Dated at New York, NY               NY, NY 10007
July 23, 2025                             212-356-4378