UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-five,

Nunzio Calce, Shaya Greenfield, Raymond Pezzoli, Second Amendment Foundation, Firearms Policy Coalition, Inc., Allen Chan, Amanda Kennedy,

  Plaintiffs - Appellants,

v.

Jessica Tisch, in her official capacity as Commissioner of the New York City Police Department, City of New York,

  Defendants - Appellees.

**ORDER**
Docket No. 25-861

  Counsel for Appellee Jessica Tisch, The City of New York has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 17, 2025 as the brief filing date.

  It is HEREBY ORDERED that Appellees brief must be filed on or before October 17, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

             For The Court:
             Catherine O'Hagan Wolfe,
             Clerk of Court