# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Calce, et al. v. City of New York, et al.      **Docket No.:** 25-861

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Joseph G.S. Greenlee

**Firm:** National Rifle Association - Institute for Legislative Action

**Address:** 11250 Waples Mill Rd., Fairfax, VA 22030

**Telephone:** (703) 267-1161     **Fax:**

**E-mail:** jgreenlee@nrahq.org

**Appearance for:** National Rifle Association of America / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Nunzio Calce, et al. / Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Joseph G.S. Greenlee

**Type or Print Name:** Joseph G.S. Greenlee