## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Calce, et al. v. City of New York, et al. _____     Docket No.: 25-861 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Erin M. Erhardt

Firm: National Rifle Association - Institute for Legislative Action

Address: 11250 Waples Mill Rd., Fairfax, VA 22030

Telephone: 703-267-1161 _____     Fax: _____

E-mail: eerhardt@nrahq.org

Appearance for: National Rifle Association / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Calce, et al. / Appellants )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Erin M. Erhardt

Type or Print Name: Erin M. Erhardt