# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Calce v City of NY**　　　　　Docket No.: **25-861**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Elina Druker**

Firm: **NYC Law Department**

Address: **100 Church Street**

Telephone: **212-356-2609**　　Fax:

E-mail: **edruker@law.nyc.gov, NYCFedApp@law.nyc.gov**

Appearance for: **NYC, Tisch**
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: **MacKenzie Fillow** )
(name/firm)

[✓] Substitute counsel (replacing other counsel: **Muriel Good Trufant** )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: *Elina Druker*

Type or Print Name: **Elina Druker**